IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TG--2006 Holdings, LLC,** | Case No. 1:23-cv-13085 |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| **Carbonite, LLC,** | |
| Defendant. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: December 14, 2023

Respectfully submitted,

/s/ Catherine Rajwani
Catherine Rajwani (BBO# 674443)
The Harbor Law Group
96 W Main Suite C
Northborough, MA 01532
(508) 393-9244
CRajwani@harborlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
TG--2006 Holdings, LLC**

1

## Certificate of Service

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 14, 2023 via the Court's CM/ECF system.

/s/ Catherine Rajwani<br>Catherine Rajwani