# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TG—2006 HOLDINGS, LLC | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:23−CV−13085−GAO** |
| CARBONITE, LLC | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Carbonite, LLC
   Two Avenue de Lafayette
   Boston, MA 02111
   Registered Agent: Corporation Service Company
   84 State Street, Boston, MA 02109

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − Sophie Phillips
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2023−12−14 15:27:43**, Clerk USDC DMA

Civil Action No.: **1:23-CV-13085-GAO**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

---

**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

December 26, 2023

**I hereby certify and return that on 12/22/2023 at 8:40 AM I served a true and attested copy of the Summons, Complaint, Exhibits, Disclosure Statement, Report of the Filing or Determination of an Action Regarding a Patent or Trademark and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, agent and person in charge at the time of service for Carbonite LLC, at 84 State Street Corporation Service Company Boston, MA 02109 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($1.00) U.S. District Court Fee ($5.00) Total: $42.30**

Deputy Sheriff    Joseph Casey

*Joseph P. Casey*
*Deputy Sheriff*